DANIEL J. BRODERICK, Bar #89424
Federal Defender
FRANCINE ZEPEDA, Bar #091175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
WILLIAM ROBERT GALANG

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:07-cr-00182 OWW |
| Plaintiff-Appellee, | (Mag. No. 1:07-mj-00155 DLB) |
| v. | ORDER GRANTING APPELLANT/DEFENDANT'S MOTION FOR VOLUNTARY DISMISSAL OF APPEAL |
| WILLIAM ROBERT GALANG, | |
| Defendant-Appellant. | |

Having read Appellant/Defendant's Motion for Voluntary Dismissal of Appeal, and GOOD CAUSE APPEARING,

**IT IS SO ORDERED.**

DATED: July  27 , 2007             /s/ Oliver W. Wanger
                                   OLIVER W. WANGER, Senior Judge
                                   United States District Court
                                   Eastern District of California

[Proposed] ORDER Granting Appellant/Defendant's
Motion for Voluntary Dismissal of Appeal